```
1   BENJAMIN B. WAGNER
    United States Attorney
2   MATTHEW G. MORRIS
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED APPLICATION ) <br> AFFIDAVIT IN THE MATTER OF ) <br> THE SEARCH OF FOUR SAFES ) <br> LOCATED AT 7666 VELAGA COURT, ) <br> SACRAMENTO, CA 95828; ONE RED ) <br> TOYOTA PICKUP LOCATED AT 8178 ) <br> ALPINE AVE, SACRAMENTO, CA. ) <br> ) <br> _____ ) | CR. NO. 2:11-SW-0553 CKD <br><br> APPLICATION FOR ORDER UNSEALING <br> THE APPLICATION AND AFFIDAVIT <br> IN SUPPORT OF SEARCH WARRANT; <br> ORDER |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Matthew G. Morris, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent;

1. On December 27, 2011, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On December 27, 2011, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and

there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the aforesaid application and affidavit be unsealed and made part of the public record.

DATED: February 24, 2012

               Respectfully submitted,

               BENJAMIN B. WAGNER
               United States Attorney

           By:/s/MATTHEW G. MORRIS
             MATTHEW G. MORRIS
             Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:11-SW-0551 CKD be unsealed and made part of the public record.

Dated: February 24, 2012

              /s/ Carolyn K. Delaney
              HONORABLE CAROLYN K. DELANEY
              United States Magistrate Judge